AO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **V.** <br> Ramon Benigno MANCINAS-Rodriguez <br> AKA: Gabriel MEDINA-Ortiz | **CRIMINAL COMPLAINT** <br><br> **Case Number:** |

**FILED**
May 06, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ Fidel Morales _____
DEPUTY

## EP:25-M-02144-MAT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____ 5/1/2025 _____ in _____ El Paso _____ County, in the _____ Western District Of Texas _____ defendant(s) did,

being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States  without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title _____ 8 _____ United States Code, Section(s) _____ 1326(a) _____

I further state that I am a(n) _____ Border Patrol Agent _____ and that this complaint is based on the following facts:

The DEFENDANT, Ramon Benigno MANCINAS-Rodriguez, an alien to the United States and a citizen of Mexico was found near Loop 375 and Spur 1966 overpass in El Paso, Texas in the Western District of Texas.  From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on November 5, 2024 through Nogales, Az.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Continued on the attached sheet and made a part hereof:          ☒ Yes          ☐ No

Complaint sworn to telephonically on _____ May 06, 2025 _____ at _____ 02:00 PM _____ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
Signature of Complainant

Jason Pyatt
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

5/6/2025
_____
Date

at          El Paso, TX
City/State

Miguel A. Torres          U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Ramon Benigno MANCINAS-Rodriguez


PEPT# PEPT250500276


05/06/2025


FACTS     (CONTINUED)


Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
The DEFENDANT has been granted 3 voluntary returns, the last on September 18, 2006, through NOGALES, AZ
The DEFENDANT has been removed 8 times, the last one being to MEXICO on November 5, 2024, through NOGALES, AZ

Criminal History:
08/20/2015, USDC TUCSON, AZ, 8 USC 1325(M), CNV, 60 DAYS BOP.
11/20/2017, USDC TUCSON, AZ, 21 USC 844(M), CNV, 210 DAYS BOP.
12/13/2019, USDC SOUTHERN CALIFORNIA, 18 USC 111(ASSAULT ON FEDERAL OFFICER) CT 2: 8 USC 1325(F), CNV, 27 MOS BOP, CT: 2 6 MOS BOP.
11/21/2023, USDC TUCSON, AZ, 8 USC 1326(F), CNV, 30 MOS BOP, 3 YRS SR.
10/23/2024, Nogales, AZ, 8 USC 1325(M), CNV, 30 DAYS.